IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MATTHEW BRYAN VOSBURGH, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN CARL HUMPHREY, *et al.*, )<br>)<br>      Defendants. )<br>) | CIVIL ACTION NO. 5:12-cv-299 (MTT) |

## ORDER

This matter is before the Court on the Recommendation of Magistrate Judge Charles H. Weigle (Doc. 58) on the Defendants' motion to dismiss (Doc. 46). The Magistrate Judge recommends granting the Defendants' motion because the Plaintiff has failed to exhaust his administrative remedies with regard to many of his claims, and the Plaintiff has failed to state a claim on which relief may be granted pursuant to either 42 U.S.C. § 1983 or Title II of the Americans with Disabilities Act for any remaining claims. The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendants' motion to dismiss (Doc. 46) is **GRANTED**, and the Plaintiff's claims are **DISMISSED without prejudice**.

**SO ORDERED,** this 7th day of February, 2014.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT